UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-34217 |
|---|---|
| PHILIP S. COOK | (Chapter 13) |
| ANGELA L. COOK | |
| Debtors | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3970491**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 6/ 3 | WELLS FARGO BANK NA<br>ONE HOME CAMPUS<br>MAC#X2302-04C  BK CASH MGMNT<br>DES MOINES, IA  50328 | 804.34 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 8/25/2009

Certificate of Service           08-34217

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

PHILIP S. COOK
ANGELA L. COOK
5187 ROBINSON VAIL ROAD
FRANKLIN, OH  45005

HAROLD JARNICKI
576 MOUND CT
SUITE B
LEBANON, OH  45036

(34.1n)
ERICH M RAMSEY
ASCENSION LAW GROUP
BOX 201347
ARLINGTON, TX  76006

(3.3)
MICHAEL R PROCTOR
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45202

(41.1n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA  23541

(37.1n)
US DEPT OF EDUCATION
DIRECT LOAN SERVICING CENTER
BOX 5609
GREENVILLE, TX  75403

(3.1)
WELLS FARGO BANK NA
ONE HOME CAMPUS
MAC#X2302-04C  BK CASH MGMNT
DES MOINES, IA  50328

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     cs